IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-78,532-01






EX PARTE JOSEPH URTADO, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. D-1-DC-09-904068-A IN THE 403rd DISTRICT COURT


FROM TRAVIS COUNTY






 Per curiam.


O R D E R



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of three counts of
aggravated assault and two counts of simple assault, and was sentenced to fifty-five years'
imprisonment for the aggravated assault counts. 

 On October 3, 2012, the trial court made findings of fact and conclusions of law,
recommending that relief be denied The trial court's findings did not fully address all fact issues
necessary to the resolution of the claims that Applicant raised. Nonetheless, this Court has
undertaken an independent review of all the evidence in the record. Therefore, based on the trial
court's findings of fact and conclusions of law as well as this Court's independent review of the
entire record, we deny relief.

 

Filed: November 21, 2012

Do not publish